**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| Plaintiff | : | Civil Action No. 3:11-CV-1261 |
| | : | |
| v. | : | (Chief Judge Kane) |
| | : | |
| **FAIRCHILD SEMICONDUCTOR CORPORATION, ET AL.** | : | |
| | : | |
| Defendants | : | |

**ORDER**

**AND NOW**, this 7th day of November, 2011, upon receipt of a letter from counsel indicating that the above-captioned action has settled (Doc. No. 11), **IT IS ORDERED THAT** the Clerk of Court shall close the case.

                                                    s/ Yvette Kane
                                                    Yvette Kane, Chief Judge
                                                    United States District Court